IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHILIP CAPPS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 1:19-CV-990 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | § § § § | |
| Defendant. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the Federal Rules of Civil Procedure, Plaintiff Philip Capps ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant") (collectively, the "Parties"), file this Joint Stipulation of Dismissal with Prejudice (the "Stipulation") and respectfully show the Court as follows in support of this Stipulation:

1. Plaintiff filed this lawsuit against Defendant ("Lawsuit").

2. Plaintiff and Defendant have entered into a Settlement Agreement and General Release ("Settlement Agreement").

3. Plaintiff no longer wishes to pursue the claims in this Lawsuit against Defendant, and Defendant has asserted no counterclaims in the Lawsuit against Plaintiff.

4. Plaintiff and Defendant agree that Plaintiff's claims against Defendant in this Lawsuit should be dismissed with prejudice. Accordingly, Plaintiff and Defendant hereby stipulate to the dismissal of the Lawsuit with prejudice and respectfully request that the Court enter the Order Granting Joint Stipulation of Dismissal with Prejudice, attached as Exhibit 1 to this Stipulation, in acknowledgement of the

terms of the stipulated dismissal with prejudice, and close this Lawsuit.

5. A proposed order is filed herewith as Exhibit 1

Respectfully submitted,

| | |
|---|---|
| By: */s/ Justin L. Jeter* <br> Justin L. Jeter <br> State Bar No. 24012910 <br> Email: justin@jetermelder.com <br><br> Jeter Melder, LLP <br> 1111 S. Akard Street, Suite 100 <br> Dallas, Texas 75215 <br> P: (214) 699-4758 <br> F: (214) 593-3663 <br><br> **ATTORNEYS FOR PLAINTIFF** | By: */s/ Edward M. ("Ted") Smith* <br> Edward M. ("Ted") Smith <br> State Bar No. 00791682 <br> tsmith@cornellsmith.com <br> Andrew Broadaway <br> State Bar No. 24082332 <br> abroadaway@cornellsmith.com <br> Alan Lin <br> State Bar No. 24085435 <br> alin@cornellsmith.com <br><br> Cornell Smith Mierl Brutocao Burton, LLP <br> 1607 West Avenue <br> Austin, Texas 78701 <br> Telephone: (512) 328-1540 <br> Telecopy: (512) 328-1541 <br><br> **ATTORNEYS FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020, I electronically filed a true and correct copy of this document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Edward M. "Ted" Smith* by Justin L. Jeter
Edward M. "Ted" Smith